IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

EMILY RAMOS SANCHEZ

XXX-XX-5754

CASE NO. 09-09947 SEK

Chapter 13

**FILED & ENTERED ON 05/17/2011**

Debtor(s)

ORDER

The Application for Compensation filed by Jaime Rodriguez on 04/13/2011 (Docket No. 64) is hereby APPROVED in the amount of $600.00.

San Juan, Puerto Rico, this May 17, 2011.

Sara E. De Jesus Kellogg
U.S. Bankruptcy Judge

C: DEBTOR (S)
   JAIME RODRIGUEZ-PEREZ
   ALEJANDRO OLIVERAS RIVERA